### WILSON v. LAKE COUNTY CRIMINAL COURT.

[No. O-213.   Filed October 31, 1951.]

*Sam Wilson, pro se.*

PER CURIAM.—The relator, appearing pro se, files a verified petition for writ of mandate to compel certain action by the Criminal Court of Lake County. The relief sought relates to a proceeding in an inferior court, but wholly fails to comply with the requirements of Rule 2-35 of this court.

The issuance of the writ is denied.

NOTE.—Reported in 101 N. E. 2d 333.